Verecchia *v.* De Siato (et al., Appellants).

Argued November 27, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

294

*Joseph W. Henderson,* with him *Rawle & Henderson* and *L. Stanley Mauger,* for appellant.

*Milford J. Meyer,* with him *Robert M. Bernstein,* for appellee.

PER CURIAM, January 7, 1946:

The order granting a new trial is affirmed on the opinion of Judge LEWIS of the court below.